# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS CAGGIANO, | ) |
| Plaintiff, | ) Case No. 2:12-cv-01484-JAD-GWF |
| vs. | ) **ORDER** |
| ERIC HOLDER, | ) |
| Defendant. | ) |

This matter comes before the Court on the Court's July 2, 2013 Order (#24). On August 21, 2012, Petitioner initiated this action by filing a Petition for Writ of Mandamus (#1) requesting the Court to order the U.S. Attorney to conduct a federal grand jury investigation of Department of Justice officials, including FBI officers in New Jersey, Nevada, and Illinois and IRS agents in Las Vegas. On September 7, 2012, Petitioner filed a Motion for Writ of Mandamus (#7) seeking the same relief. This Court denied the Petition and Motion on July 2, 2013. *See Order, Doc. #24*. Mindful that dismissal of the Petition and Motion disposes of this matter, the Court will withdraw the Order (#24) and enter a finding and recommendation for the District Judge. Accordingly,

**IT IS HEREBY ORDERED** that the Court's July 2, 2013 Order (#24) is **withdrawn**.

DATED this 12th day of September, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge