# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| THOMAS CAGGIANO,<br><br>　　　　　　　Plaintiff<br><br>　v.<br><br>ERIC HOLDER JR.,<br><br>　　　　　　　Defendant | Case No. 2:12-cv-01484-JAD-GWF<br><br>**Order Adopting Magistrate Judge's Finding and Recommendation [#29], Dismissing Mandamus Action [#1], and Denying Motion for Writ of Mandamus [#7]** |

On September 12, 2013, Magistrate Judge George Foley Jr. entered his Finding and Recommendation [Dkt. #29]. Magistrate Judge Foley recommended that Plaintiff's Petition for Writ of Mandamas be DISMISSED [Dkt. #1] and that Plaintiff's Motion for Writ of Mandamus [Dkt. #7] be DENIED as duplicative of the Petition for Writ of Mandamus [Dkt. #1]. Pursuant to Local Rule IB 3-2, any objection to the Magistrate Judge's findings and recommendations must be filed within 14 days from the date of service. The 14-day deadline has run, and no objection has been filed. The Court has reviewed the Magistrate Judge's Finding and Recommendation de novo in accordance with 28 U.S.C. § 636(b)(1)(B), Federal Rule of Civil Procedure 72(b), and Local Rule IB 3-2.

**IT IS HEREBY ORDERED** that the Magistrate Judge's Finding and Recommendation [Dkt. #29] dated September 12, 2013, is adopted and approved in its entirety.

/ / /

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Petition for Writ of Mandamus [Dkt. #1] is DISMISSED and Plaintiff's Motion for Writ of Mandamus [Dkt. #7] is DENIED.

The Clerk of the Court shall enter judgment accordingly.

Dated October 2, 2013.

_____
Jennifer A. Dorsey
United States District Judge